1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON TYLER HUGHES, | ) | 1:10cv00095 AWI DLB |
| | ) | |
| | ) | ORDER VACATING JUNE 4, 2010, FINDINGS |
| Plaintiff, | ) | AND RECOMMENDATION |
| | ) | (Document 8) |
| v. | ) | |
| | ) | |
| GARY COLLINS, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, a California state prisoner appearing pro se and in forma pauperis, filed the instant action on January 19, 2010.  On June 4, 2010, the Court issued findings and recommendation that the action be dismissed for lack of prosecution because Plaintiff did not notify the Court of a current address.

On June 14, 2010, Plaintiff submitted objections to the Findings and Recommendation.[1] Plaintiff reported that he had a medical condition.  He stated that he would be prompt in change of address and prosecution of this matter.   Accordingly, the Court VACATES the June 4, 2010, Findings and Recommendation.

IT IS SO ORDERED.

Dated:   **July 19, 2010**                        **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE

_____

[1]Plaintiff apparently received the Court's findings and recommendations, which were served at his last known address at Wasco State Prison.

1