# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AARON TYLER HUGHES, | | 1:10cv095 AWI DLB PC |
| | Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |
| | v. | |
| GARY COLLINS, et al., | | |
| | Defendants. / | |

Plaintiff Aaron Tyler Hughes ("Plaintiff"), a state prisoner proceeding pro se, filed his complaint pursuant to 42 U.S.C. § 1983 on January 19, 2010. Review of the complaint reveals that Plaintiff's civil rights case does not involve the conditions of his confinement.

Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

No scheduling conference should be set at this time.

IT IS SO ORDERED.

Dated: **July 19, 2010**           **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1